7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lashaya Marie Jackson
*Debtor*

*Bankruptcy Case No.*
15−41675−abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15−04111−abf

v.

**Lashaya Marie Jackson**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment in accordance with the Order Granting Motion for Default Judgment & Determination of Non−Dischargeability(Doc. #16), is hereby entered against Debtor/Defendant, Lashaya Marie Jackson, and in favor of Plaintiff, State of Kansas Department of Labor, finding debt owed to KDoL nondischargeable, and assessing costs of $350.00.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
       Deputy Clerk



Date of issuance: 12/3/15

Court to serve